

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00021-CV

_____

BRUCE BERG, ET AL., Appellants

V.

HALO COMPANIES, INC., ET AL., Appellees

On Appeal from the 191st District Court
Dallas County, Texas
Trial Court No. DC-11-15415

Before Morriss, C.J., Carter and Moseley, JJ.

O R D E R

This Court has been notified that the parties in this appeal are subject to an order entered by a federal district court in a separate action directing them not to further pursue this separate litigation. Appellants have filed motions with this Court asking us to abate their appeal pending a final determination by the federal courts on the propriety of pursuing this litigation. We will not address the propriety of that order, but recognize that, whether correct or not, these parties are subject to its requirements. We have granted multiple extensions of time to file an appellants' brief, but now conclude that as the federal courts grind toward a decision, there is little point to leaving this case on our active docket. Accordingly, the appeal is suspended. *See generally* TEX. R. APP. P. 8.2.

For administrative purposes, this case is abated and will be treated as closed. Any party may seek reinstatement by promptly filing a motion with an attached certified copy of the order showing that the injunction or order of the federal court no longer restricts pursuit of this litigation and specifying what further action, if any, is required from this Court. In the event of reinstatement, any period that began to run and had not expired at the time of suspension will begin anew when the proceeding is reinstated. Any document filed while the proceeding is suspended will be deemed filed on the same day, but after, this Court reinstates the appeal.

IT IS SO ORDERED.

BY THE COURT

Date: September 16, 2014